COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:    01-14-00248-CR

Style:       Brady Craig Koch, Jr. v. The State of Texas

Date motion filed[*]:  April 2, 2015

Type of motion:   First Motion for Extension of Time to File Appellant's Brief

Party filing motion:  Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated?  No

If motion to extend time:

  Original due date:   March 9, 2015

  Number of extensions granted:  0   Current Due Date: March 9, 2015

  Date Requested:   June 20, 2015

Ordered that motion is:

 ☑ Granted

    If document is to be filed, document due: June 22, 2015

   ☑  No further extensions of time will be granted.

 ☐ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☑ Other: _____

Because appellant's counsel contends that she was not retained to represent appellant, who was found not indigent for appellate purposes, she is proceeding pro bono on appeal, and was set for a few trials in other cases and had other commitments, including getting married in May, appellant's first motion for an extension of time to file appellant's brief is **granted**, but **no further extensions will be granted** given the length of time requested. Accordingly, if appellant's brief is not filed by June 22, 2015, the Court may abate this appeal for a hearing. *See* TEX. R. APP. P. 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes _____

    ☑ Acting individually  ☐ Acting for the Court

Date: April 16, 2015 _____

November 7, 2008 Revision